■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UMAR ABDULLAH, Appellant. [924 NYS2d 266]—Judgment, Supreme Court, New York County (Thomas A. Farber, J.), rendered January 14, 2010, convicting defendant, after a nonjury trial, of assault in the third degree, and sentencing him to a term of 45 days, concurrent with three years' probation, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9

NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The credible evidence disproved defendant's justification defense beyond a reasonable doubt. Nothing in the record supports defendant's assertion that the court misunderstood the burden of proof on that defense; defendant merely takes out of context an isolated remark by the court.

Defendant's remaining arguments, including his challenges to expert medical testimony, are without merit. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Renwick and Román, JJ.